UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven L. Bromley</u>

      v.                                              Civil No. 08-cv-161-JL

<u>State of Utah, et al</u>

### O R D E R

The Court has issued a Report and Recommendation directing the US Marshals to effectuate service on behalf of the plaintiff in this case. On April 29, 2008, plaintiff was sent blank summonses for completion to be filled out and was instructed to return those summonses to the Court. To date the Court has not received the completed summonses. The plaintiff has 20 days from the date of this order to complete and submit summonses to the Court or this case will be dismissed without prejudice.

      SO ORDERED.

September 26, 2008

                                                James R. Muirhead
                                              United States Magistrate Judge

cc:     Steven L. Bromley, Pro se