UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven L. Bromley</u>

           v.                              Civil No. 08-cv-161-JL

<u>State of Utah</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 23, 2008, no objection having been filed.

SO ORDERED.

October 28, 2008                         <u>*/s/ Joseph N. Laplante*</u>
                                                Joseph N. Laplante
                                                United States District Judge

cc:    Steven L. Bromley, Pro se