UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven L. Bromley

        v.                                        Civil No. 08-cv-161-JL

Utah, State of et al

O R D E R

After due consideration of Magistrate Judge Muirhead's recommendation and the objection thereto, I herewith approve the Report and Recommendation dated February 17, 2009.

SO ORDERED.

March 3, 2009

                                                    _____
                                                    Joseph N. Laplante
                                                    United States District Judge

cc:    Steven L. Bromley, Pro se
        John P. Soltis, III, Esq.
        Joni J. Jones, Esq.
        Nancy J. Smith, Esq.